IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:08-cv-528-FDW

| | |
|---|---|
| DISABLED PATRIOTS OF AMERICA, INC., a Florida Not-For-Profit Corporation, and OWEN HARTY, Individually, ) ) ) ) | |
| Plaintiffs, ) ) | **AMENDED ORDER** |
| vs. ) ) | |
| CENTER CITY HOTEL PARTNERS, LP, a North Carolina Limited Partnership, d/b/a Holiday Inn, ) ) ) ) | |
| Defendant. ) ) | |

THIS MATTER comes now before the Court *sua sponte* to amend the Case Management Order filed on July 1, 2009 (Doc. No. 15). That Order mistakenly states that this matter shall be tried with a jury. The Court now amends that Order to state that this shall be a bench trial. In addition, Section 4(a) of that Order reflects the parties' estimate that trial will take one week. The Court amends that time frame, estimating that a bench trial in this case should take no more than one to two days. The Case Management Order is hereby AMENDED.

IT IS SO ORDERED.                    Signed: July 2, 2009

Frank D. Whitney
United States District Judge